

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 95TH DISTRICT COURT OF DALLAS COUNTY, GREETINGS:

On May 29, 2025, the Court of Appeals for the Fifteenth District of Texas dismissed the appeal in the following case:

1100 Reba McEntire, LLC, Tophill, LLC, Forest Bend, LLC, Lake Point Assisted Living, LLC, Lake Point Healthcare Holdings, LLC, Lake Point Healthcare, LP, Lucky Consulting, LLC, Retirement Holdings, LP, Silverleaf Assisted Living, LLC, and Daniel C. Blackburn v. American Bank, N.A.

Court of Appeals No. 15-25-00046-CV
Trial Court No. DC-24-12269

The Court of Appeals entered the following judgment or order:

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on February 6, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, 1100 Reba McEntire, LLC, Tophill, LLC, Forest Bend, LLC, Lake Point Assisted Living, LLC, Lake Point Healthcare Holdings, LLC, Lake Point Healthcare, LP, Lucky Consulting, LLC,

Retirement Holdings, LP, Silverleaf Assisted Living, LLC, and Daniel C. Blackburn.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this May 28, 2025

**CHRISTOPHER A. PRINE, CLERK**